UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ZACHARIAH C.J. BLANTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:22-cv-00072-RLY-MPB ) |
| DAN MITCHELL Warden, | ) ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner. The petitioner's petition for writ of habeas corpus is dismissed without prejudice.

Date: 6/12/2023

Roger A.G. Sharpe, Clerk

BY: _____Dina M. Dayle_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ZACHARIAH C.J. BLANTON
184870
BRANCHVILLE - CF

BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

Amanda Jo Holbrook
Office of the Indiana Attorney General
amanda.holbrook@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov